CHANCY RHOADS v. STATE.

No. A-397. Opinion Filed April 18, 1911.

Appeal from Caddo County Court; B. F. Holding, Judge.

Plaintiff in error was tried at the April, term, 1909, of the county court of Caddo county and was convicted of selling intoxicating liquors, and appeals. Affirmed.

C. H. Carswell, for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. Defendant was convicted on the 26th day of May, 1909, for having in his possession whisky with the unlawful intent to sell the same, and on the 3rd day of June thereafter was sentenced to pay a fine of one hundred dollars and serve thirty days in the county jail of Caddo county, and appeals by case-made to this court. The appeal is not properly perfected by case-made. The case-made was never filed in the court below, and is for that reason stricken from the record here. The transcript discloses no material error prejudicial to the substantial rights of plaintiff in error. The judgment is therefore affirmed with directions to the court below to enforce the judgment and sentence.